# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148066(42)

In re TALH, Minor.

SC: 148066
COA: 314749
Mecosta CC Family Division:
12-001290-AY

_____/

On order of the Chief Justice, the joint motion of the parties to extend the time for filing the supplemental briefs required by this Court's February 21, 2014 order directing oral argument on the leave application is GRANTED. The supplemental briefs will be accepted as timely filed if received on or before May 19, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2014 _____